IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                    )
                                     )    2:11-cv-00928-GEB-KJN
          Plaintiff,                 )
                                     )    ORDER CONTINUING STATUS
     v.                              )    (PRETRIAL SCHEDULING)
                                     )    CONFERENCE
Spartan Village Apts 0340, LP,       )
a California limited                 )
partnership,                         )
                                     )
          Defendant.                 )
_____      )

         Plaintiff states in his Status Report filed July 18, 2011, that he "has filed a Request for Clerk's Entry of Default and anticipates a Motion for Default date in October 2011." (ECF No. 9, 3:12-13.)

         Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five (45) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on September 19, 2011, why this action should not be dismissed for failure of prosecution.

         Further, the status conference scheduled for hearing on August 1, 2011, is continued to commence at 9:00 a.m. on January 30, 2012. A status report shall be filed fourteen (14) days prior to the status

1

1 | conference in which Plaintiff is required to explain the status of the
2 | default proceedings.
3 |         IT IS SO ORDERED.
4 | Dated: July 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge