IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
          Plaintiff,  )  2:11-cv-00928-GEB-KJN
         v.  )  ORDER OF DISMISSAL
   )
Spartan Village Apts 0340, LP,  )
a California limited  )
partnership,  )
         Defendant.  )
_____ )

      An Order issued on July 22, 2011 requiring Plaintiff to "file a motion for entry of default judgment before the Magistrate Judge within forty-five (45) days of the date on which th[e] Order [was] filed." (ECF No. 11, 1:20-22.) The July 22, 2011 Order further required that "[i]f Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on September 19, 2011, why this action should not be dismissed for failure of prosecution." Id. 1:22-25.

      Plaintiff has not filed any document in response to the July 22, 2011 Order. Therefore this action is dismissed without prejudice.

      IT IS SO ORDERED.

Dated:  September 26, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1